UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARFUMS DE COEUR, LTD. d/b/a PDC BRANDS, | Case No. |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| FLEWD, INC. | |
| Defendant. | |

## COMPLAINT

Plaintiff Parfums de Coeur, Ltd. d/b/a PDC Brands ("PDC" or "Plaintiff"), by and through its attorneys, Greenberg Traurig, LLP, for its Complaint against defendant Flewd, Inc. ("Flewd" or "Defendant"), alleges, on knowledge as to its own actions, and otherwise upon information and belief, as follows:

## PRELIMINARY STATEMENT

1.      PDC brings this action as a final attempt to halt its competitor's dissemination of false and harmful marketing information. PDC markets Dr Teal's products, the market-leading brand of Epsom salt products in the United States. Dr Teal's products are made with magnesium sulfate heptahydrate ($MgSO_4 \cdot 7H_2O$).

2.      Flewd markets and sells competing magnesium bath soak products under the brand name Soaks ("Soaks Products"). Flewd's Soaks Products are also made with magnesium-based salt, but just of a different molecular structure—chloride hexahydrate ($MgCl_2 \cdot 6H_2O$).

3.      Flewd's Soaks Products and Dr Teal's products are both intended to be used in the bath, where once dissolved in bathwater, magnesium ions from both magnesium chloride and magnesium sulfate are chemically identical.

4.      In connection with the marketing, advertising, promotion, offering for sale, and sale of its Soaks Products, Flewd has made and continues to make false and misleading claims, including: (a) false comparative claims regarding magnesium content; (b) false claims regarding bioavailability superiority; (c) unsubstantiated drug and health efficacy claims; and (d) misleading "100% active magnesium" representations. Despite receiving numerous cease-and-desist letters from PDC's counsel, Flewd has refused to cease its false advertising.

5.      For example, Flewd falsely claims that the Soaks Products contain "8X more magnesium" and have "14X the power" of Epsom salt products, and that Epsom salts are made of "95% filler ingredients." In reality, the elemental magnesium content ratio between the two products is approximately 1.2 to 1—nowhere near the 8X or 14X that Flewd advertises.[1]

6.      Flewd also claims that the Soaks Products are "100% Bioavailable" while Epsom salts are only "10% Bioavailable," a claim that is scientifically baseless because both compounds release identical magnesium ions when dissolved in water.

7.      Even more egregiously, Flewd has made drug-like claims that the Soaks Products "help[] balance cortisol, serotonin, and adrenaline for up to 5 days," "bind[] to your GABA receptors, the same receptors anti-anxiety medications target," and can cross "the blood-brain barrier." These are not cosmetic claims—they describe pharmaceutical mechanisms of action for which the FDA requires new drug approval. Flewd's Soaks Products are cosmetics, not FDA-approved drugs, and no competent scientific evidence supports these claims.

---

[1] *See* https://www.flewdstresscare.com/pages/quiz.

8.      As a result of Flewd's intentional false and misleading conduct, PDC has been significantly harmed. Flewd has diverted many consumers through its false and misleading advertisements, some of which directly attack PDC's products. Flewd has attacked PDC's reputation and hurt its brand image. Plaintiff seeks injunctive and monetary relief.

## JURISDICTION AND VENUE

9.      This is an action for false advertising under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B). This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

10.      Venue is proper in this District under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events or omissions giving rise to the claims occurred in this District. Flewd's principal place of business is in this District. Flewd also disseminates the false and misleading advertising at issue via the internet and other channels to consumers located in this District, and such advertising has caused and continues to cause injury to PDC in this District.

## PARTIES

11.      Plaintiff is a corporation organized under the laws of Connecticut, with its principal place of business at 50 Main Street, Suite 922, White Plains, NY 10606, that markets and sells Dr Teal's products, including Dr Teal's Epsom salt products. Dr Teal's is the market-leading brand of Epsom salt products in the United States. PDC sells Dr Teal's products nationwide through retail and online channels, and competes directly with Flewd's Soaks Products in the bath salts and wellness product market.

12.      Upon information and belief, Defendant is a corporation incorporated in the State of Delaware, with its principal place of business located at 1182 Broadway, 9B, New York, New York 10001. Flewd markets, advertises, and sells bath Soaks Products under the brand name

"Soaks" in interstate commerce, including through its website at flewdstresscare.com and through social media platforms including Instagram, Facebook, and TikTok.

## THE FACTUAL ALLEGATIONS

**A.    PDC and Dr Teal's Products**

13.    PDC markets and sells Dr Teal's products, including a line of Epsom salt bath products. Dr Teal's is the market-leading brand of Epsom salt products in the United States.

14.    Dr Teal's Epsom salt products use magnesium sulfate heptahydrate ($MgSO_4 \cdot 7H_2O$) as their primary ingredient.

15.    PDC sells Dr Teal's products nationwide through major retail outlets and online channels, reaching consumers throughout the United States, including in this District.

16.    Dr Teal's products compete directly with Flewd's Products in the bath salts and wellness product market.

**B.    Flewd and Its Soaks Products**

17.    Flewd markets and sells bath soak products under the brand name "Soaks." Flewd's Soaks Products use magnesium chloride hexahydrate ($MgCl_2 \cdot 6H_2O$) as their primary ingredient.

18.    Flewd sells its Soaks Products under names including "Anxiety Destroying," "Insomnia Ending," and "Sads Smashing."[2]



---

[2] https://www.flewdstresscare.com/pages/magnesium-bath-soak (accessed June 24, 2026).

19.     Flewd advertises and promotes its Soaks Products through its website at flewdstresscare.com, on social media platforms including Instagram, Facebook, and TikTok, and on its product packaging. Flewd's advertising is disseminated in interstate commerce and reaches consumers throughout the United States, including in this District.

20.     In its advertising and promotional materials, Flewd makes numerous false and misleading claims about its Soaks Products, including comparative claims against Epsom salt products such as Dr Teal's. These false and misleading claims fall into several categories, as set forth below.

**C.     Flewd's False Comparative Claims Regarding Magnesium Content**

21.     In its advertising and promotional materials, Flewd has made and continues to make numerous false comparative claims regarding the magnesium content of its Soaks Products relative to Epsom salt products, including Dr Teal's. These claims include, among others:

22.     On its website and social media, Flewd has claimed its Soaks Products contain "8X more magnesium" than Epsom salt products, with "0% fillers" and "245g of stress-fighting nutrients."[3]

23.     In an Instagram video from 2024, a Flewd representative stated: "You would need 14 of these"—holding a bag of Dr Teal's Epsom salt—"to get the same amount of magnesiums worth for just one of these"—holding a bag of Soaks Products.

24.     Flewd publishes a comparison chart on its website that directly compares Soaks Products to "Epsom Salts," "Store Bought Salts," and "Bath Bombs." Because Dr Teal's is the

---

[3] *See*, *e.g.,* https://www.flewdstresscare.com/products/anxiety-destroying-soak?variant=44030227218675 (accessed June 24, 2026); https://www.flewdstresscare.com/products/nootropic-trio?variant=46630881788147 (accessed June 24, 2026).

market leader in Epsom salt products, this comparison is understood by consumers as a direct comparison to Dr Teal's products.[4]

**us vs. them**

No blending, no funny business. Just bioavailable stress-fighting nutrients.

| | EPSOM SALTS | FLEWD SOAKS | STORE BOUGHT SALTS | BATH BOMBS |
|---|---|---|---|---|
| Actually works | ✘ | 15-minute Relief | ✘ | ✘ |
| Price | $ | $$ | $$$$ | $$ |
| Natural | Processed, refined, sterilized | 99% | Undisclosed origins | 90% synthetic fillers |
| Magnesium | Low-Absorption Magnesium | Erases Cortisol | ✘ | ✘ |
| Nootropics | ✘ | Boosts Serotonin | ✘ | ✘ |
| Vitamins | ✘ | Dampens Adrenaline | ✘ | ✘ |

25.    The comparison chart contains multiple false and misleading representations, including claims that Epsom salts are "Processed, refined, sterilized" while Flewd is "99%" "natural"; that Flewd "Erases Cortisol" while Epsom salts have "Low-Absorption Magnesium"; that Flewd has "Nootropics" that "Boosts Serotonin"; and that Flewd has "Vitamins" that "Dampen Adrenalin."

26.    The chart's characterization of Epsom salts as "sterilized" is unsupported and nonsensical. Moreover, PDC's Dr Teal's products include formulations containing vitamins, essential oils, and other ingredients, contrary to the chart's implication that Epsom salt products contain nothing but plain salt.

---

[4] *See* https://www.flewdstresscare.com (accessed June 24, 2026).

27.     Flewd has claimed Soaks Products contain "4X the magnesium of drug store epsom salt."

28.     Flewd has claimed Soaks Products are "8X more effective than epsom salt" on its website.[5]

29.     Around May 2024, in an Instagram Story titled "US vs THAT," Flewd compared "145g magnesium" for its product versus "23g magnesium" for Epsom salts.[6]

30.     Flewd has also claimed that store-bought Epsom salts contain "95% filler ingredients."

31.     These comparative magnesium content claims are literally false. Flewd's Soaks Products use magnesium chloride hexahydrate ($MgCl_2 \cdot 6H_2O$), which has a molecular mass of approximately 203.3 g/mol and contains approximately 11.96% elemental magnesium by weight. Dr Teal's Epsom salt products use magnesium sulfate heptahydrate ($MgSO_4 \cdot 7H_2O$), which has a molecular mass of approximately 246.5 g/mol and contains approximately 9.86% elemental magnesium by weight. The actual ratio of elemental magnesium content between these two compounds is approximately 1.2 to 1—not 4X, or 8X, as Flewd claims.

32.     Flewd's "95% filler" claim is also literally false. Epsom salt (magnesium sulfate heptahydrate) is a single chemical compound; the water of hydration that is part of its molecular structure is not a "filler ingredient." By the same logic, Flewd's own magnesium chloride hexahydrate would contain approximately 88% "filler."

---

[5] *See* https://www.flewdstresscare.com/blogs/self-care/why-every-flewed-bath-soak-is-a-step-above-epsom-salt (accessed June 24, 2026).
[6] *See* https://www.flewdstresscare.com/pages/quiz (accessed June 24, 2026).

**D.      Flewd's False Bioavailability Claims**

33.      In its advertising and promotional materials, Flewd has made and continues to

make numerous false and misleading claims that its magnesium chloride is superior in

bioavailability to the magnesium sulfate used in Epsom salt products. The below paragraphs are

only a few examples of such false and misleading claims.

34.      Flewd has published comparison charts claiming its products are "100%

Bioavailable" while Epsom salts are only "10% Bioavailable."[7]



35.      Flewd has described its magnesium as "dramatically more bioavailable" than

Epsom salts and has claimed that Epsom salt is "not bioavailable, so your body flushes it out of

your system as fast as possible."[8]

---

[7] *See* https://www.flewdstresscare.com/pages/better-than-epsom-salts?srsltid=AfmBOopwyB-
V4BqdeCEQhHSLQEAWsPEaCWX3ybbpb9oltzcz4VNsYvERIn (accessed Nov. 5, 2024).
[8] See https://www.flewdstresscare.com/products/anxiety-destroying-soak (Q&A section, accessed June 24, 2026);
https://www.flewdstresscare.com/blogs/news/magnesium-soak-vs-epsom-salt (accessed June 24, 2026).

36.     In a blog post titled "Best Magnesium for Muscle Spasms" published on its website, Flewd claimed that "magnesium chloride hexahydrate is the most effective… most bioavailable when used topically" and that Epsom salts contain "low-absorption magnesium."[9]

37.     In a blog post titled "Why Do I Feel Weird After an Epsom Salt Bath?" published at flewdstresscare.com, Flewd tells consumers that epsom salt "doesn't absorb as efficiently as other forms" of magnesium and urges them to "[s]witch to a More Bioavailable Magnesium Source"—namely, Flewd's own products. The post claims that Flewd's magnesium chloride hexahydrate is "far gentler, more bioavailable, and versatile" than magnesium sulfate, and that consumers who switch will experience "no post-bath weirdness that magnesium sulfate can cause"—"[j]ust lasting relief."

38.     These bioavailability claims are literally false and/or misleading. Regardless of whether the source compound is magnesium chloride or magnesium sulfate, once placed in bathwater, the magnesium in each formula dissociates into its ionic state, meaning that only the ionic size of the magnesium is relevant to any potential absorption. The magnesium in its ionic state has an identical size in both products and is therefore equally bioavailable—the dissolved $Mg^{2+}$ ion is chemically identical in size and charge regardless of its source compound. Upon information and belief, no published, peer-reviewed study supports the claim that magnesium chloride is more effectively absorbed through the skin than magnesium sulfate when dissolved in bathwater.

E.     **Flewd's Unsubstantiated Drug and Efficacy Claims**

39.     In its advertising and promotional materials, Flewd has made and continues to make numerous unsubstantiated claims that its Soaks Products can treat, cure, mitigate, or

_____

[9] *See* https://www.flewdstresscare.com/blogs/news/best-magnesium-for-muscle-spasms (accessed June 24, 2026).

prevent diseases and health conditions. Unlike general wellness claims common in the bath product industry—such as claims that bath soaks may ease aches or soothe sore muscles, which are grounded in traditional use—Flewd's claims cross the line into medical and drug territory by asserting specific physiological mechanisms of action, claiming to treat or prevent specific diseases or conditions, and making express efficacy claims. The below paragraphs are only a few examples of such false and misleading claims.

40.    On TikTok and other social media platforms, including in advertisements posted as recently as April 2026, Flewd has claimed that Soaks Products "help[] balance cortisol,

 

serotonin, and adrenaline for up to 5 days" and can "bring these hormones back into balance" and "calm your body, reducing cortisol."[10]

41.     Flewd markets Soaks Products under names that are themselves drug claims: "Anxiety Destroying," "Insomnia Ending," "Sads Smashing," and "Ache Erasing."

42.     Flewd has claimed its products "reduce[] anxiety," "lessen[] the # of sleepless nights," and allow users to "provide stress relieving nutrients for up to 5 days."[11]

43.     Flewd's product packaging includes claims such as "Insomnia Ending" and consumer testimonials featured in Flewd's own advertising.[12] Under FTC guidance, endorsements conveyed through an advertiser's own promotional materials are attributable to the advertiser and may not make representations that would be deceptive if made directly by the advertiser. *See* 16 C.F.R § 255.2(a). The testimonials in Flewd's advertising include statements such as: "The anti-anxiety salts put me into a calm state that I've only ever experienced from medication"; that the products rid users of anxiety; that "sugar cravings are gone"; and that the products help with "seasonal affective disorder."



44.     As recently as June 17, 2026, Flewd posted advertisements on its Instagram account featuring images of a woman sitting in a candlelit bath, each bearing the promotional

---

[10] *See* https://www.tiktok.com/t/ZP86fQyap (accessed July 24, 2025); https://www.tiktok.com/@flewdstresscare/video/7632352122289343757 (accessed May 11, 2026).
[11] *See* https://www.flewdstresscare.com/products/stresscare-trio-2?variant=44030297342195 (accessed June 30, 2026).
[12] *See* https://www.flewdstresscare.com/products/insomnia-ending-anti-stress-bath-treatment-3?variant=44030220730611 (accessed June 30, 20206).

text "Spring SALE 35% off," and each making specific claims about the purported mechanism of action of ingredients in Flewd's Soaks Products. These advertisements include the following claims:

(a)    That "[m]agnesium chloride binds to your GABA receptors, the same receptors anti-anxiety medications target, and switches your nervous system out of stress mode."

(b)    That "[l]ithium Orotate crosses the blood-brain barrier and regulates how your neurons fire, slowing the overactive signaling that causes mood swings and irritability."

(c)    That "[p]yridoxine (Vitamin B6) acts as the co-factor your brain needs to synthesize serotonin, dopamine and GABA, none of which get made without it."

(d)    That "[n]iacin (Vitamin B3) triggers vasodilation, opening up blood vessels in your skin so everything else absorbs into your bloodstream instead of sitting on the surface."

45.    These Instagram advertisements claim that specific ingredients in Flewd's Soaks Products act through defined pharmacological mechanisms—binding to neurotransmitter receptors, crossing the blood-brain barrier, modulating neurotransmitter synthesis, and inducing vasodilation—to achieve therapeutic effects. Such claims describe drug actions, not cosmetic benefits, and are the type of claims for which the FDA has required new drug approval.

46.    These claims are false and misleading. Flewd's Soaks Products are cosmetics, not drugs approved by the U.S. Food and Drug Administration ("FDA"). No competent and reliable scientific evidence supports the claims that Flewd's bath soak products can treat, cure,

mitigate, or prevent anxiety, insomnia, depression, stress, or any other disease or health condition.

47.     The FDA has issued warning letters to companies making similar unsubstantiated health claims for bath and topical magnesium products, confirming that such claims render the products unapproved new drugs under federal law.

**F.     Flewd's False "100% Active Magnesium" Claims**

48.     Flewd advertises Soaks products as "100% active magnesium bath soaks" and "100% active magnesium, vitamin, mineral and nootropic bath soaks," implying that competing Epsom salt products do not contain "active" magnesium.[13]

49.     This claim is false or misleading. Both magnesium chloride and magnesium sulfate fully dissociate in water, meaning both compounds release magnesium ions that are equally "active." There is no scientifically valid basis for characterizing Flewd's magnesium as "100% active" while implying that the magnesium in Epsom salt products is inactive or less active.

---

[13] *See* https://www.flewdstresscare.com/pages/magnesium-bath-soak (accessed June 24, 2026).

50.     In the context of Flewd's broader advertising campaign—which repeatedly disparages Epsom salt products as inferior—the "100% active magnesium" claim is designed to and does convey the false impression that Flewd's magnesium is chemically superior to the magnesium in competing Epsom salt products.

51.     Flewd's "100% active magnesium" claim is also an implied drug claim. In context, the word "active" does not merely describe the presence of magnesium; it conveys that magnesium is the operative ingredient responsible for producing the advertised physiological effects of Flewd's Soaks Products, including stress reduction, hormone modulation, anxiety relief, and improved sleep.

## G.     Willfulness and Bad Faith

52.     PDC's counsel has sent numerous cease-and-desist letters to Flewd and its counsel identifying the false and misleading advertising claims at issue in this action and demanding that Flewd remove or substantiate those claims. Flewd has had full knowledge of the false and misleading nature of its advertising claims for many months.

53.     PDC's counsel provided Flewd with detailed scientific refutations of its claims, including molecular weight calculations and analysis of the studies Flewd purported to rely upon. Flewd has never provided any competent scientific evidence to support its claims.

54.     Despite full knowledge that its advertising claims are false and misleading, and despite receiving numerous demand letters, Flewd has continued to disseminate the same or substantially similar false claims. Flewd's conduct is willful and in bad faith.

**H.**     <u>Injury to PDC</u>

55.     PDC and Flewd are direct competitors in the bath salts and wellness product market. Flewd's false and misleading advertising is designed to, and does, divert consumers from PDC's Dr Teal's products to Flewd's Soaks Products.

56.     Flewd's false and misleading advertising has caused and continues to cause commercial injury to PDC, including diversion of sales, damage to PDC's reputation and goodwill, and loss of consumer confidence in Dr Teal's products.

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**
**(False Advertising in Violation of Section 43(a) of the Lanham Act,**
**15 U.S.C. § 1125(a)(1)(B))**

57.     PDC repeats and realleges each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

58.     Flewd has made and continues to make false and misleading statements of fact in commercial advertising and promotion concerning the nature, characteristics, and qualities of its Soaks Products, including the false comparative magnesium content claims, false bioavailability claims, unsubstantiated drug and efficacy claims, false "100% active magnesium" claims, and the false comparison chart described above.

59.     Flewd's false and misleading statements actually deceive or have the tendency to deceive a substantial segment of their audience. Flewd's comparative magnesium content claims—including its "8X more magnesium," "4X the magnesium," "14X the power," and "95% filler" claims—and its specific bioavailability claims—including "100% Bioavailable" versus "10% Bioavailable"—are literally false because they assert specific, quantifiable facts that are demonstrably contrary to established chemistry, and require no proof of actual consumer deception. Flewd's drug and efficacy claims, mechanism-of-action claims, and "100% active

magnesium" representations are misleading because they convey the false impression that Flewd's Soaks Products possess specific pharmacological properties and therapeutic capabilities that are not supported by competent scientific evidence.

60.     Flewd's false and misleading statements are material and likely to influence the purchasing decisions of consumers. Claims regarding the relative amount, bioavailability, and efficacy of the ingredients in a bath product are central to consumers' purchasing decisions in this product category.

61.     Flewd has caused its false and misleading statements to enter interstate commerce by disseminating them through its website, social media platforms, product packaging, and other advertising channels that reach consumers throughout the United States.

62.     PDC has been and is likely to continue to be injured as a result of Flewd's false advertising, including through the diversion of sales from Dr Teal's products to Flewd's Soaks Products, damage to the reputation and goodwill of Dr Teal's brand, and the lessening of the goodwill associated with Dr Teal's products.

63.     Flewd's conduct as alleged herein constitutes false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

64.     Flewd's conduct has been willful and deliberate, as demonstrated by its continued false advertising despite receiving numerous cease-and-desist letters from PDC's counsel. Flewd's willful conduct warrants enhanced damages, disgorgement of profits, and a finding that this is an exceptional case warranting an award of attorneys' fees under 15 U.S.C. § 1117(a).

65.     Flewd's acts are causing and, unless restrained, will continue to cause immediate and irreparable harm to PDC for which PDC has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff PDC respectfully requests that this Court enter judgment against Defendant Flewd as follows:

1.    A judgment and declaration that Flewd has violated Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B), by making false and misleading statements in commercial advertising and promotion;

2.    A permanent injunction enjoining Flewd, its officers, agents, employees, attorneys, successors, assigns, and all persons acting in concert or participation with them, from making any false or misleading statements regarding the nature, characteristics, qualities, or comparative qualities of Flewd's Soaks Products or any competing products, including Dr Teal's products;

3.    An award of PDC's actual damages caused by Flewd's false advertising and/or an accounting and disgorgement of Flewd's profits attributable to its false advertising, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a);

4.    An award of enhanced damages up to three times the amount of actual damages or disgorgement of profits, in accordance with Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a);

5.    A declaration that this is an exceptional case and an award of reasonable attorneys' fees and costs pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a);

6.    An award of prejudgment and post-judgment interest on all monetary relief;

7.    An award of the costs of this action; and

8.    Such other and further relief as this Court deems just and proper.

Dated: New York, New York
      July 30, 2026

GREENBERG TRAURIG, LLP

By: /s/ Stefan Mentzer
    Stefan Mentzer (SM2542)
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9232
Facsimile: 212.801.6400
Stefan.Mentzer@gtlaw.com

GREENBERG TRAURIG, LLP

Willis M. Wagner (*Pro Hac Vice Forthcoming*)
Tamara Wiesebron (*Admission Forthcoming*)
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
Will.Wagner@gtlaw.com
Tamara.wiesebron@gtlaw.com

*Attorneys for Plaintiff*
*Parfums de Coeur, Ltd. d/b/a PDC Brands*