GT GreenbergTraurig

Stefan Mentzer
Tel 212.801.9232
Stefan.Mentzer@gtlaw.com

Application **DENIED**. The Court typically does not adjourn the initial conference pending a response to the Complaint.

The Clerk of Court is respectfully directed to terminate Dkt. No. 9.

Dated: September 4, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

September 3, 2026

**BY ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

***Parfums de Coeur, Ltd. v. Flewd, Inc.*, No. 1:26-cv-06541-LGS (S.D.N.Y.)**

Dear Judge Schofield:

I write on behalf of plaintiff Parfums de Coeur, Ltd. ("PDC") in this action. PDC respectfully requests (1) an adjournment of the Initial Pretrial Conference, currently set for September 29, 2026 at 3:30 pm (ECF No. 8), to a date on or after November 17, 2026, subject to the Court's availability and convenience; and (2) a corresponding extension of the September 22, 2026 deadline to submit the joint letter and proposed Case Management Plan and Scheduling Order (ECF No. 8). This is the first request for an adjournment and extension of these dates. Defendant Flewd, Inc. ("Flewd") consents to this request.

Good cause exists for the requested adjournment and extension. Flewd has agreed to waive service of the summons and complaint, and its deadline to respond to the complaint currently is October 27, 2026. PDC respectfully requests that the Initial Pretrial Conference be held at least three weeks after the Defendants' response—*i.e.*, on or after November 17, 2026. This will allow the parties to meaningfully consider the claims, defenses, and allegations in their respective pleadings, and to confer on case management, a proposed case schedule, and the joint letter to the Court.

We thank the Court for its consideration.

Respectfully submitted,

Stefan Mentzer

cc: Counsel for Flewd (by email)